# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

LINDA SUE WEBSTER
INDIVIDUALLY AND ON BEHALF
OF THE SUCCESSION OF JOSEPH
CAMERON WEBSTER, THE DARRELL
WEBSTER TRUST AND THE ROBERT
WEBSTER TRUST

NO.   2021 CW 0889

VERSUS

**OCTOBER 25, 2021**

DAVID H. WEBSTER AND TWIN
BROTHERS MARINE, L.L.C.

---

In Re:   David H. Webster, applying for supervisory writs, 16th
Judicial District Court, Parish of St. Mary, No.
135301.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT NOT CONSIDERED.** The writ application fails to comply with Rules 4-3 and 4-5(C)(8)-(10) of the Uniform Rules of Louisiana Courts of Appeal, as it does not contain a copy of the request for an extension of time in which to file the writ application and any order granting such an extension, if any; copies of each pleading on which the ruling at issue was founded, namely the petition and the motion to substitute counsel; any opposition thereto or a statement that no opposing written document was filed; and the pertinent court minutes.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rule 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including documentation to demonstrate timeliness, and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before November 8, 2021 and must contain a copy of this ruling.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT